IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-cr-00011

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | ORDER |
| ) | |
| BRYAN H. DANIELS ) | |

This matter is before the Court on the Government's Consent Motion to Lift Stay and Set Arraignment and Trial. Having reviewed the Government's motion, the Court concludes that the motion should be ALLOWED.

The Court further finds that any period of delay resulting from this continuance, beginning from the date from the effective date of the mandate of the Fourth Circuit ruling, be excluded from the speedy trial clock pursuant to 18 U.S.C. § 3161(7)(A), as the ends of justice served by the granting of a continuance of the arraignment and trial outweigh the best interests of the public and the defendant in a speedy trial. The additional time will give the parties sufficient opportunity to negotiate a potential resolution of the case, and if negotiations are not successful, to prepare for trial in light of the unusual and complex nature of the prosecution, taking into account the exercise of due diligence by both sides.

Wherefore, the stay of the proceedings in this case is hereby lifted, and the arraignment and trial date shall be set for this Court's February 13, 2017, term of Court.

So ORDERED this __7__ day of __Sept__, 2016.

_James P. Fox_
HONORABLE JAMES C. FOX
Senior United States District Judge