UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:14-CR-11-BO

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| BRYAN H. DANIELS | ) | |
| | ) | |

---

This matter comes before the Court on Defendant's motion to continue the arraignment in this case. The Government does not object the motion. For good cause shown, the Motion is hereby GRANTED, and it is ORDERED that the arraignment in this case is continued to the April 2017 term of court.

The court finds that the period of delay occasioned by this continuance is excluded from the Speedy Trial Act calculations, because the ends of justice served by the continuance outweigh the interest of the public and the defendant in a speedy trial under 18 USC § 3161(h)(7)(A).

SO ORDERED.

This the 27 day of January, 2017.

Terrence W. Boyle
Honorable Terrence W. Boyle
United States District Judge