IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:14-CR-11-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRYAN H. DANIELS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 69 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney.

This the 4 day of August, 2017.

HONORABLE TERRENCE W. BOYLE
United States District Court Judge